UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 08-21539-CV-LENARD/GARBER

FOREVER 21 RETAIL, INC.,

    Plaintiff,

vs.

A'GACI, L.L.C., f/k/a TWIGLAND
FASHIONS, LTD., and WESTFIELD, LLC,

    Defendants.
_____/

### PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO COMPLY WITH COURT'S JANUARY 28, 2009 ORDER

Plaintiff, Forever 21, Inc. ("Forever 21"), respectfully moves this Court for additional time within which to comply with its January 28, 2009 Order, and states:

1.    Pursuant to this Court's September 12, 2008 Order, the parties were to have completed mediation no later than February 27, 2009.

2.    Thereafter, on October 8, 2008 the Court entered its Order Scheduling Mediation, to take place on February 2, 2009 at 10:00 am at the offices of Broad and Cassel.

3.    On January 22, 2009, A'gaci moved this Court for an enlargement of time within which to complete mediation, and on January 28, 2009, the Court provided relief from the February 2, 2009 date, but ordered that the Parties were required to file by February 11, 2009, a proposed Order re-scheduling mediation to take place on or before February 27, 2009.

4.    Unfortunately, with the loss of the February 2, 2009 date, there were no other

CASE NO.: 08-21539-CV-LENARD/GARBER

dates available to Mr. Freud before February 27, 2009, nor were any dates available until April.

5.  The parties have attempted to agree on a new date and new mediator and will require one additional day in order to confirm the availability of a proposed mediator.

6.  Local Rule 7.1 Certification: Undersigned counsel contacted counsel for A'gaci, who has agreed to the extension requested.  Undersigned counsel was unable to reach counsel for Westfield, but believes Westfield would not be opposed to the relief requested.

WHEREFORE, for the foregoing reasons, Forever 21 respectfully requests this Court to provide one additional day to comply with its January 28, 2009 Order.

BROAD and CASSEL
One Biscayne Tower  2  South Biscayne Boulevard  Suite 2100  Miami, Florida  33131  305.373.9400

MIA1\COMMLIT\403006.1
41332/0001

CASE NO.: 08-21539-CV-LENARD/GARBER

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 11th day of February, 2009, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on **Stuart Sobel, Esq.,** Sigfried, Rivera, Lerner, De La Torre & Sobel, P.A., 201 Alhambra Circle, Suite 1102, Coral Gables, Florida 33134-5108; **Stephanie O'Rourke, Esq. and Marc A. Young, Esq.,** 10999 IH-10 West, Suite 370, San Antonio, Texas 78230; **Tracy Glenn, Esq.,** Four Houston Center, 1221 Lamar Street, 16th Floor, Houston, Texas, 77010-3039; and **David Weinstein, Esq.**, Tampa Managing Shareholder, Greenberg Traurig, PA, Suite 101, 625 East Twiggs Street, Tampa, Florida 33602 in the manner specified, via transmission of Notices of Electronic Filing generated by CM/ECF.

Respectfully submitted,

Mark F. Raymond, P.A.
Florida Bar No. 373397
Mraymond@BroadandCassel.com
Patricia M. Baloyra, P.A.
Florida Bar No. 0078270
Pbaloyra@BroadandCassel.com
BROAD AND CASSEL
One Biscayne Tower, 21st Floor
2 South Biscayne Boulevard
Miami, Florida 33131
Telephone:   305.373.9425
Facsimile:    305.995.6385


BY: ___/s/_____
          Patricia M. Baloyra, P.A.

- 3 –